**Michael HAWKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 55277.**

Missouri Court of Appeals,
Western District.

Dec. 8, 1998.

As Modified Dec. 22, 1998.

Rosmary E. Percival, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before Presiding Judge RIEDERER, Judge LOWENSTEIN and Judge LAURA DENVIR STITH.

PER CURIAM.

Movant filed a Rule 24.035 motion more than ninety days following his 1996 delivery to the Department of Corrections. His appeal from the denial of his motion for post-conviction relief was dismissed as being untimely filed. Rule 84.16(b).

The circuit court's judgment dismissing the appellant's Rule 24.035 motion as being filed out of time is confirmed.